# EXHIBIT A

# FILED UNDER SEAL

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

**UNDER SEAL**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | GRAND JURY 19-1 |
| | ) | |
| JOHN DOE 2010R03703 | ) | |

ORDER

The United States of America, by its attorneys, G. Zachary Terwilliger, United States Attorney for the Eastern District of Virginia, and Gordon D. Kromberg, Assistant United States Attorney, having requested that this Court issue an Order pursuant to 18 U.S.C. § 6003 compelling CHELSEA MANNING, formerly known as BRADLEY MANNING (hereinafter referred to as "the witness") to testify and to provide other information in the above-captioned proceeding and in any other proceedings ancillary thereto;

AND being advised that the request was approved by John C. Demers, Assistant Attorney General, U.S. Department of Justice, pursuant to his authority under 18 U.S.C. § 6003(b) and 28 C.F.R. § 0.175(a);

AND the Court being satisfied that the testimony or other information from the witness may be necessary in the public interest, and that the witness is likely to refuse to testify or provide other information on the basis of the witness' privilege against self-incrimination;

IT IS ORDERED that the witness shall testify fully, completely and truthfully before the above-captioned proceeding;

IT IS FURTHER ORDERED that the witness shall provide full, complete and truthful information in regard to any other proceedings ancillary to the above-captioned proceeding;

IT IS FURTHER ORDERED that no testimony or other information compelled under this Order (or any information directly or indirectly derived from such testimony or other information) may be used against the witness in any criminal case, except as permitted by 18 U.S.C. § 6002.

*Claude M. Hilton*
USDJ

Date: Jan. 22, 2019
Alexandria, Virginia

WE ASK FOR THIS:

G. Zachary Terwilliger
United States Attorney

By: _____
Gordon D. Kromberg
Assistant United States Attorney