IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | ) | **UNDER SEAL** |
|---|---|---|
| IN RE: | ) | (Pursuant to Local Criminal Rule 49 and |
| | ) | Fed. R. Crim. P. 6(e)) |
| GRAND JURY CASE NO. 10-GJ-3793 | ) | |
| | ) | Case No. 1:19-DM-3 |
| | ) | |
| | ) | GRAND JURY NO. 18-4 |
| | ) | |

## GOVERNMENT'S RESPONSE TO MOTION TO UNSEAL

The United States respectfully submits this response to Chelsea Manning's Motion to Unseal. In her motion, Manning requests that the Court unseal the pleadings related to her Motion to Quash filed on March 1, 2019. In light of the contempt proceedings that were conducted in open court, the United States does not oppose this request. As a result, the United States submits that the Court may unseal (1) the Motion to Quash (with the exception of the Declaration of Chelsea Manning, which Manning asks be kept under seal), (2) the Government's Response in Opposition to the Motion to Quash, filed on March 4, 2019, (3) the transcript of the March 5, 2019 hearing on the Motion to Quash, (4) the Motion to Unseal, filed on March 4, 2019, and (5) this response.[1] The United States has attached a proposed order to this effect.

---

[1] Manning has not moved to unseal the transcript of the closed portion of the contempt proceedings. The Court should keep that transcript under seal because it reveals questions that were asked of Manning during the grand jury proceeding. Consistent with well-established caselaw, the Court properly closed the courtroom during that portion of the contempt proceeding and then opened the courtroom for the remainder of the proceeding. *See, e.g.*, Fed. R. Crim. P. 6(e)(5) advisory committee's notes to 1983 amendments; *Levine v. United States*, 362 U.S. 610, 614-15 (1960); *United States v. Index Newspapers LLC*, 766 F.3d 1072, 1090-91 (9th Cir. 2014); *United States v. Smith*, 123 F.3d 140, 149 n.13 (3d Cir. 1997); *In re Grand Jury Subpoena*, 97 F.3d 1090, 1094-95 (8th Cir. 1996).

Because the United States does not oppose the relief sought in the Motion to Unseal, the Court need not conduct a hearing on it.

                Respectfully submitted,

                G. Zachary Terwilliger
                United States Attorney

By: _____
                Tracy Doherty-McCormick
                First Assistant United States Attorney

                Gordon D. Kromberg
                Kellen S. Dwyer
                Thomas W. Traxler
                Assistant United States Attorneys
                United States Attorney's Office
                2100 Jamieson Avenue
                Alexandria, VA 22314
                Telephone (703) 299-3700
                Facsimile (703) 299-3980
                Thomas.traxler@usdoj.gov

                Matthew R. Walczewski
                Nicholas Hunter
                Trial Attorneys, National Security Division
                U.S. Department of Justice
                950 Pennsylvania Avenue NW
                Washington, DC 20530
                Telephone (202) 233-0986
                Facsimile (202) 532-4251
                Matthew.walczewski@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of March, 2019, I caused the foregoing document to be sent to the following via electronic mail:

Moira Meltzer-Cohen
Attorney at Law
Mo_at_Law@protonmail.com

Christopher Leibig
Attorney at Law
Chris@chrisleibiglaw.com

Sandra C. Freeman
Attorney at Law
sandra.c.freeman@protonmail.com

Thomas W. Traxler
Assistant United States Attorney