IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| IN RE: | ) Case No. 1:19-DM-3 |
| GRAND JURY CASE NO. 10-GJ-3793 | ) GRAND JURY NO. 18-4 |

**PROPOSED ORDER**

This matter is before the Court on Chelsea Manning's Motion to Unseal. The Government does not oppose the motion. The Motion to Unseal is GRANTED. The Clerk's Office shall unseal the following filings: (1) the Motion to Quash filed by Chelsea Manning on March 1, 2019, (2) the Response in Opposition to the Motion to Quash filed by the Government on March 4, 2019, (3) the transcript of the March 5, 2019 hearing on the Motion to Quash, (4) the Motion to Unseal filed by Chelsea Manning on March 4, 2019, and (5) the Response to the Motion to Unseal filed by the Government on March 18, 2019. The Clerk's Office shall not unseal the Declaration of Chelsea Manning that was submitted as an exhibit to her Motion to Quash. All other sealed filings and transcripts shall remain under seal until further notice from the Court.

IT IS SO ORDERED.

                                                            THE HONORABLE CLAUDE M. HILTON
                                                            UNITED STATES DISTRICT JUDGE

Date: _____
     Alexandria, Virginia