

May 6, 2019

Dear District Judge Claude M. Hilton,

My name is Trevor Timm, I am the executive director of Freedom of the Press Foundation, a non-profit that supports journalists and whistleblowers. I have known Chelsea Manning personally for several years.

I know Chelsea to be a principled, passionate, extraordinary person. She has decided to take a principled stand in refusing to testify in front of a grand jury, and I am confident she will not change her mind. I respectfully ask that the court release her now that she has spent more than two months behind bars.

Chelsea has already suffered immensely in both military and federal detention. Over 250 law professors described the military's treatment of her before her trial in 2013 as "torture." She served seven years in prison after her trial, under the longest sentence ever for a defendant accused of giving information to journalists or publishers. She then was subject to prolonged periods in solitary confinement, which severely affected her mental health.

I am convinced that, despite Chelsea's fear in going back to prison, she is committed to refusing to testify to the grand jury on the basis of her beliefs. She is prepared to remain in prison for the duration of the grand jury, if that was called for.

She does not deserve that. It will harm her mentally and physically, but it will not change her decision. I respectfully ask that you release her, so that she can move on with her life and live in peace.

Thank you very much for your consideration.

Sincerely,

Trevor Timm
Executive Director
Freedom of the Press Foundation

Freedom of the Press Foundation | 601 Van Ness Avenue, Suite E731 | San Francisco, CA 94102

**Website:** https://freedom.press | **Twitter:** @FreedomOfPress | **Email:** info@freedom.press