May 5, 2019

Dear Honorable Judge Hilton,

My name is Evan Greer. I am the Deputy Director of Fight for the Future, a civil liberties non-profit with more than 2 million members nationwide, and I write regularly for Washington Post, The Guardian, TIME, and Newsweek.  I am also a friend of Contemnor, Chelsea Manning, and spoke to her regularly on the phone during her incarceration at Fort Leavenworth.

I am writing to ask that you release Ms. Manning. Knowing the contemnor well, I can tell you with complete confidence that no amount of suffering or confinement will compel her to compromise her strongly held beliefs. She has made public her views about the Grand Jury process clear long before she was subpoenaed, and has consistently stated her principled objection to testifying in such a setting.

During her previous  incarceration at Leavenworth, I heard first hand about the immense suffering Chelsea experienced due to her confinement and lack of access to medically recommended gender related health care. As has been widely reported, she attempted twice to take her own life. I believe strongly that continuing to incarcerate her serves no purpose other than to cause her unjust and unreasonable suffering.

Regardless of what you believe about her actions or convictions, the contemnor has a consistent and well documented track record of standing up for her beliefs, even when faced with potential life imprisonment or other severe punishment. She is one of the most ethically consistent and principled people I know. There is no number of days in a cell that will change her mind. But each day causes her more undue pain and suffering.

I hope you will take this information into consideration and release Chelsea Manning. Continuing to imprison her will not compel her to acquiesce to a demand that she perceives to be unjust.

Best,
Evan Greer
Deputy Director
Fight for the Future

*Evan Greer* (signature)