Dear Honorable Judge Hilton,

My name is Elizabeth Bell, and I have known Chelsea Manning since she started planning her run for Senate. We lived together for a time, and I've had the opportunity to get to know her extremely well; I consider her a very close personal friend and confidante.

I had followed her incarceration, from her initial arrest and trial through to her release, and I had been shocked, as an outside observer, by the conditions of her detainment at Fort Leavenworth. Her conditions there, in both general population and in solitary confinement, had an incredibly strong effect on her nature and her behavior, her imprisonment occurring as it did during major formative years of her life.

Since her detainment at the Alexandria detention facility, I've regularly visited her to keep her company and check on her. Prior to being detained there, she was animated, excitable, vivacious and active; since, she is calm, measured, focused, and subdued. This environment is corrosive to her, and is re-traumatizing someone who suffered greatly the first time she was imprisoned; however, it is an environment she is both deeply familiar with and highly adapted to.

Being in jail, while profoundly painful for her and deeply distressing to her loved ones, is not an environment likely to compel her to testify because she both knows what she is capable of enduring, and has already demonstrated that she would rather die than compromise her principles. Imprisonment will not compel her to testify, and only serves to hurt someone who has already suffered a great deal of personal harm.

Faithfully,

*[signature]*

Elizabeth Bell