FILED: May 14, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 19-1287
(1:19-dm-00003-CMH)
_____

In re: GRAND JURY SUBPOENA

-------------------------------

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

CHELSEA MANNING

       Defendant - Appellant

_____

M A N D A T E
_____

The judgment of this court, entered April 22, 2019, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*